# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**THADENE MATTIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2603

[April 12, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502010CF009625A.

Thadene Mattis, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***